IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEPHEN ALVANOS and
SHAUNA ALVANOS,

    Plaintiffs,

v.

LANCE ROESLER, et al.

    Defendants.

ORDER

Case No.  24-cv-68-wmc

---

SHAUNA ALVANOS and
STEPHEN ALVANOS,

    Plaintiffs,

v.

HEARTLAND CREDIT UNION, et al.

    Defendants.

ORDER

Case No.  24-cv-69-wmc

---

Plaintiffs Stephen Alvanos and Shauna Alvanos have filed two proposed civil complaints. Plaintiffs seek to commence these lawsuits without prepaying the filing fees pursuant to 28 U.S.C. § 1915 and have filed an affidavit of indigency in support of the request.

The court has considered plaintiffs' income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiffs' financial situation does not warrant a determination of indigency.  Accordingly, plaintiffs must prepay the $405 fee[1] for filing each of these cases.

---

[1] Effective December 1, 2023, the total fee for filing a civil action is $405 (the $350 statutory fee plus the $55 miscellaneous administrative fee).

ORDER

IT IS ORDERED that plaintiffs Stephen Alvanos and Shauna Alvanos' petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiffs must pay $405 for each case no later than March 11, 2024. If plaintiffs fail to do so, plaintiffs will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiffs filing the cases at a later date.

Entered this 12th day of February, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge