IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEPHEN ALVANOS and
SHAUNA ALVANOS,

    Plaintiffs,

v.

LANCE ROESLER, et al.

    Defendants.

ORDER

Case No. 24-cv-68-wmc

---

SHAUNA ALVANOS and
STEPHEN ALVANOS,

    Plaintiffs,

v.

HEARTLAND CREDIT UNION, et al.

    Defendants.

ORDER

Case No. 24-cv-69-wmc

---

Plaintiffs Stephen Alvanos and Shauna Alvanos have filed two proposed civil complaints. Plaintiffs seek to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiffs have submitted, I find that plaintiffs are unable to prepay the fees and costs of commencing this action or to give security therefor.

IT IS ORDERED that:

1. Plaintiffs Stephen Alvanos and Shauna Alvanos' petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because

the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.

Entered this 7th day of March, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge